IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                        CASE NO.: 4:08cr42-SPM

KIRK DOUGLAS CREARY,

       Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there have been no timely objections, and subject to

the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.

11(e)(2), the plea of guilty of the defendant, KIRK DOUGLAS CREARY, to

Counts Two, Three, and Four of the indictment is hereby ACCEPTED.  All parties

shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 21st day of October, 2008.


_s/ Stephan P. Mickle_____
Stephan P. Mickle
United States District Judge